UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHERINE BLOMBERG,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5285JKA<br><br><br><br><br>ORDER |

    Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings by a different Administrative Law Judge (ALJ). Upon remand, the ALJ will give the Plaintiff an opportunity for a de novo hearing and consider any additional medical evidence produced at the new hearing. The ALJ will obtain evidence from a medical expert to resolve any inconsistencies in the record with respect to Plaintiff's maximum residual functional capacity, including nonexertional limitations, in accordance with Social Security Ruling 96-8p. The ALJ will address the medical opinions of

Page 1    ORDER- [C05-5285JKA]

record and state what weight is given to each opinion, and will consider lay witness statements. The ALJ will follow the special technique for evaluating mental impairments pursuant to 20 C.F.R. § 416.920a. The ALJ will evaluate each of Plaintiff's past jobs and make findings of fact as to whether each job is considered past relevant work. The ALJ will obtain evidence from a vocational expert to identify jobs Plaintiff can perform, if any, given her exertional and non-exertional limitations. In this regard, the ALJ will evaluate any inconsistencies between the jobs identified and their descriptions in the Dictionary of Occupational Titles.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

DATED this 30th day of November, 2005.

                                      */s/ J. Kelley Arnold*

                                      UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:    206-615-2531
carol.a.hoch@ssa.gov

Page 2     ORDER- [C05-5285JKA]