# United States District Court

WESTERN DISTRICT OF WASHINGTON

CATHERINE BLOMBERG,
        Plaintiff,

        JUDGMENT IN A CIVIL CASE

    v.

JO ANNE B BARNHART,
        Defendant.        CASE NUMBER: C05-5285JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This Court REVERSES the Commissioner's decision with a REMAND of the cause to the Commissioner for further proceedings.

December 1, 2005          BRUCE RIFKIN
Date          District Court Executive

         s/Kelly A Miller
         By Kelly A Miller, Deputy Clerk